**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENYA HALL,

    Plaintiff,

vs.

CHRIS BOYLE, *et al.*

    Defendants.

Case No.: 2:24-cv-00800-GMN-BNW

**ORDER GRANTING MOTION TO EXTEND TIME**

  Pending before the Court is the Motion to Extend Time to file a Response to Defendants' Motion for Summary Judgment, (ECF No. 24), filed by Plaintiff Kenya Hall. The Motion explains that, as of November 2, Plaintiff had yet to receive Respondent's motion. Thus, filing a Response by the deadline of November 5 was not possible. The staff at Clark County Detention Center informed Plaintiff that he should receive legal mail in the first week of November.

  Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time is **GRANTED.**

  **IT IS FURTHER ORDERED** that Plaintiff must file a Response to the Motion for Summary Judgment by December 1, 2025.

  Dated this __6__ day of November, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court