**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENYA HALL,

                Plaintiff,

   vs.

CHRIS BOYLE, *et al.*

                Defendants.

Case No.: 2:24-cv-00800-GMN-BNW

**ORDER GRANTING MOTION TO EXTEND TIME**

      Pending before the Court is the Motion to Extend Time to file a Response to Defendants' Motion for Summary Judgment, (ECF No. 26), filed by Plaintiff Kenya Hall. Because this Motion was received before the deadline, the Court may extend the time for Plaintiff to file his Response for good cause under Federal Rule of Civil Procedure 6(b). Plaintiff's Motion explains that Plaintiff sent his Response to the Clark County Detention Center law library to make a copy on November 16. The law library had not yet returned the Response to Plaintiff as of November 25, 2025. Because of the delay in getting his Response back from the law library, he was unable to file his Response with the Court by the deadline of December 1, 2025. The Court finds that this constitutes good cause for an extension.

///

///

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time, (ECF No. 26), is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff must file a Response to the Motion for Summary Judgment by December 22, 2025.

Dated this __2__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court