AARON D. FORD
 Attorney General
JOHN REGALIA (Bar No. 16969)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Christopher Boyle, Monique*
*Hubbard-Pickett, Grace Moran,*
*and Kimberley McCoy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENYA K. HALL,<br><br>                    Plaintiff,<br><br>  v.<br><br>CHRIS BOYLE, *et al.,*<br><br>                    Defendants. | Case No. 2:24-cv-00800-GMN-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Kenya Hall, and Defendants Christopher Boyle, Monique Hubbard-Pickett, Grace Moran, and Kimberley McCoy, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned

///

///

///

///

///

action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

DATED this 9th of March, 2026.          DATED this 9th of March, 2026.

                                        **ATTORNEY GENERAL'S OFFICE**

/s/   Kenya Keita Hall[1]                /s/ Nathan M. Claus, Esq.
KENYA KEITA HALL, #54984               NATHAN M. CLAUS
*Plaintiff, Pro Se*                     Deputy Attorney General
                                        Nevada Bar No. 15889
                                        *Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment, (ECF No. 19), is **DENIED at moot.**

The Clerk of Court is directed to close this case.

Dated this _21 day of April, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[1] See attached signature page.

Page **2** of **2**

# ATTACHMENT

# Signature Page

# ATTACHMENT

DATED this ___9___ th of March, 2026.

/s/ Kenya Hall

Kenya Keita Hall, #54984
*Plaintiff Pro se*

DATED this 1st of March, 2026.

**ATTORNEY GENERAL'S OFFICE**

/s/ John Regalia
JOHN REGALIA
Deputy Attorney General
Nevada Bar No. 16969
*Attorneys for Defendants*

**ORDER**

      **IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____, 2026.